No. 6624.

SUCCESSION OF HUGH McCLOSKEY.

A legatee who has accepted a legacy and entered upon its enjoyment, cannot afterwards demand that the terms and conditions of the legacy shall be changed.

APPEAL from the Second District Court of New Orleans. TISSOT, J.

*Collens* and *Timony* for Legatee Appellant. *Bermudez* and *Gilmore & Sons* for the Executors.

DE BLANC, J., delivered the opinion affirming the judgment.